# FILED UNDER SEAL

FILED
2017 JAN 26 PM 1:39
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-00067-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| NASHON PORTER, | |
| Defendant. | |

Based on Government's Motion to Seal the Complaint and Arrest Warrant in the above-captioned matter and good cause appearing, therefor.

IT IS HEREBY ORDERED that the Complaint and Arrest Warrant be sealed.

DATED this 26th day of January 2017.

_____
UNITED STATES MAGISTRATE JUDGE